CELINA M. WOLTERS, appellant,

*v.*

ROBERT SHRAFT et al., respondents.

[Submitted December 12th, 1905. Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens, whose opinion is reported in *69 N. J. Eq. 215.*

*Mr. James R. Nugent,* for the appellant.

*Mr. Elwood C. Harris,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.